1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALEXANDER RODARTE,                          No.  2:24-cv-3192-TLN-CKD PS

12                     Plaintiff,

13           v.                                    ORDER

14
      MERCED COUNTY SHERIFF'S
15    DEPARTMENT,

16                     Defendant.

17

18          Plaintiff has filed an action for violation of civil rights action pursuant to 42 U.S.C. §

19    1983.  In his amended complaint, plaintiff alleges violations of his civil rights took place in

20    Merced County.  Merced County is part of the Fresno Division of the United States District Court

21    for the Eastern District of California.  See Local Rule 120(d).

22          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23    division of a court may, on the court's own motion, be transferred to the proper division of the

24    court.  Therefore, this action will be transferred to the Fresno Division of the court.

25          Good cause appearing, IT IS HEREBY ORDERED that:

26          1.  This action is transferred to the United States District Court for the Eastern District of

27    California sitting in Fresno; and

28
                                                    1

1        2. All future filings shall reference the new Fresno case number assigned and shall be

2   filed at:

3                                United States District Court
                                 Eastern District of California
                                 2500 Tulare Street
4                                Fresno, CA 93721

5

6   Dated:  April 28, 2025

7                                                    CAROLYN K. DELANEY
                                                     UNITED STATES MAGISTRATE JUDGE
8

9

10  roda3192.22

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28