**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER RODARTE | No. 1:25-cv-00484 JLT EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 20) |
| MERCED COUNTY SHERIFF DEPARTMENT, | |
| Defendant. | |

Alexander Rodarte (Plaintiff) is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 19, 2026, the assigned magistrate judge issued findings and recommendations to dismiss this case with prejudice for failure to state a claim without leave to amend. (Doc. 20.) The Court served the findings and recommendations on Plaintiff and notified him that objections were due in thirty days. (*Id*. at 8.) The Court advised him that his "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file any objections, and the time to do so has passed.[1]

---

[1] Thirty days after the Court initially served the findings and recommendations, the Court received a notice of change of address from Plaintiff. (Doc. 21.) The Court then re-served the findings and recommendations and waited an additional six weeks before issuing this Order.

1

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.  The findings and recommendations issued on February 19, 2026, (Doc. 20), are **ADOPTED IN FULL.**

2.  This case is **DISMISSED** with prejudice based on Plaintiff's failure to state a claim.

3.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __**May 22, 2026**__

UNITED STATES DISTRICT JUDGE

2